# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

UNITED STATES OF AMERICA,  
    PLAINTIFF

**BILL OF COSTS**

CASE NUMBER: DNCW311CR000416  
(Financial Litigation Unit)

**V.**

NATHAN A. TIBBS, JR.,  
    DEFENDANT

Pursuant to Rule 55(a) and (b)(1), Federal Rules of Civil Procedure and Judgment having been entered in the above entitled action on _____ against  
*Date*  
Nathan A. Tibbs, Jr., the Clerk is requested to tax the following as cost:

| Item | Amount |
|---|---|
| Fees of the Clerk. | $ |
| Fees for service of summons and subpoena. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case. | |
| Fees and disbursements for printing. | |
| Fees for witnesses (itemize on reverse side). | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923. | |
| Costs as shown on Mandate of Court of Appeals. | |
| Compensation of court-appointed experts. | |
| Compensation of interpreters and cost of special interpretation services under 28 U.S.C. 1828. | |
| ~~Other Costs (Special Fund of Treasury)~~ | $350.00 |
| **TOTAL** | **$350.00** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  
Nathan A. Tibbs, Jr., 5820 Underwood Ave., Charlotte, NC 28213-3865

    Signature of Attorney:   s/Jennifer A. Youngs, Assistant United States Attorney

    Name of Attorney:  Jennifer A. Youngs, ASSISTANT UNITED STATES ATTORNEY

For:    United States of America                           Date:  October 24, 2011  
        *Name of Claiming Party*

Costs are taxed in the amount of   $350.00   and included in the judgment.

Signed: October 25, 2011

Frank G. Johns, Clerk
United States District Court