IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL NO. DNCW311CR000416<br>) (Financial Litigation Unit) |
| NATHAN A. TIBBS, JR.,<br>Defendant. | )<br>)<br>) |

**ENTRY OF DEFAULT**

IT APPEARING by the Declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure 55(a), default is hereby ENTERED against the defendant.

This October 24, 2011.

FRANK G. JOHNS, Clerk

By: <u>Cynthia Huntley</u>
Deputy Clerk