DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11CV416

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| NATHAN A. TIBBS, JR., | ) |
| Defendant. | ) |

**WITHDRAWAL OF DEFAULT JUDGMENT AND ORDER TO HOLD CASE IN ABEYANCE DURING PENDENCY OF BANKRUPTCY PROCEEDINGS**

THIS MATTER is before the Court on the United States' Motion to Withdraw Default Judgment and Request to Hold Proceedings in Abeyance during the pendency of Defendant's bankruptcy (Doc. No. 11). For the reasons stated in the motion and for good cause shown, the United States' motion is GRANTED.

IT IS THEREFORE ORDERED that the Default Judgment (Doc. No. 8) filed in this case against Defendant, Nathan A. Tibbs, Jr., is WITHDRAWN and the proceedings are held in abeyance during the pendency of Defendant's bankruptcy proceedings, until further order of this Court, or until appropriate relief can be granted to the United States in the bankruptcy proceedings.

IT IS SO ORDERED.

Signed: February 14, 2012

Frank D. Whitney
United States District Judge