UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00416-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| NATHAN A. TIBBS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* concerning the status of this case. On October 25, 2011, this Court entered Default Judgment against Defendant (Doc. No. 8). The Default Judgment was subsequently withdrawn on February 14, 2012, upon motion by the Government and notification that Defendant was involved in bankruptcy proceedings (Doc. No. 12). That Order also stayed the instant case pending those bankruptcy proceedings. Such stay has been in effect for over two and a half years, although the case remains on this Court's docket.

IT IS THEREFORE ORDERED that the Government shall advise the Court as to the status of the bankruptcy proceedings and their impact, if any, on the status of the instant case. The Status Report shall be filed within twenty-one (21) days from the date of this Order.

IT IS SO ORDERED.

Signed: July 24, 2014

Frank D. Whitney
Chief United States District Judge